UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-110 |
| v. | : | MAGISTRATE NO. 07-0069M-01 (CR) |
| PAULETTA ANNE JACKSON, | : | VIOLATION: 21 U.S.C. §843(a)(3) |
| Defendant. | : | (Obtaining Controlled Substance by Fraud) |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about January 8, 2006, within the District of Columbia, **PAULETTA ANNE JACKSON**, did knowingly, willfully, and intentionally acquire and obtain possession of oxycodone, a Schedule II narcotic drug controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge.

(**Obtaining a Controlled Substance by Fraud**, in violation of Title 21, United States Code, Section 843(a)(3))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No 498610

BY: _/s/_

MICHAEL TRUSCOTT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, D.C. 20530
(202) 514-7533