AO 455 (Rev. 5/85) Waiver of Indictment

FILED

MAY 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

——— DISTRICT OF ———

UNITED STATES OF AMERICA

v.

Pauletta Jackson

WAIVER OF INDICTMENT

CASE NUMBER: 07-110 (RJL)

I, _Pauletta Jackson_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 10, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____