UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 07–110 (RJL) |
| PAULETTA JACKSON, : | |
| Defendant. : | |

## GOVERNMENT'S SUBMISSION TO THE COURT
## IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Pauletta Jackson, hereby submit the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSES

The essential elements of the offense of Unlawfully Obtaining or Acquiring a Controlled Substance by Forgery, Fraud, Deception or Subterfuge, in violation of 21 U.S.C. § 843(a)(3), are:

1. Acquiring or obtaining a controlled substance; and

2. By misrepresentation, fraud, forgery, deception or subterfuge.

The law makes oxycodone a schedule II controlled substance. The trier of fact must decide if the substance was in fact oxycodone.

II.  COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

III.  **PENALTIES**

For Unlawfully Acquiring or Obtaining a Controlled Substance by Forgery, Fraud, Deception or Subterfuge, in violation of 21 U.S.C. § 843(a)(3)

1. a term in prison of not more than 8 years (following previous conviction);
2. a fine of not more than $250,000; and
3. a term of supervised release of not more than three years.

IV.  **FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA**

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on January 8, 2006, the defendant, Pauletta Jackson, was working as a nursing supervisor at the Washington Home and Hospice Healthcare (WHHH) nursing home, which is located at 3720 Upton Street, N.W., Washington, D.C.. In her capacity as a nursing supervisor, defendant signed a receipt acknowledging delivery of 60 oxycodone pills for a patient and thereby obtained possession of the pills. Instead of delivering the pills to the patient, the defendant placed the pills in her purse and took them out of the facility.

///

///

///

In effort to avoid detection of her offense, when questioned about the pills, the defendant told a WHHH supervisor that she placed the pills in a desk at the facility and did not double check to make sure that there were still there when she got to the end of her shift.

> Respectfully submitted,
>
> JEFFREY A. TAYLOR
> United States Attorney
>
> MICHAEL T. TRUSCOTT
> Assistant United States Attorney
> Member of the New York Bar
> Federal Major Crimes Section
> 555 Fourth Street, N.W., Room 4237
> Washington, D.C. 20530
> 202-514-7533

## DEFENDANT'S ACKNOWLEDGMENT

I have read all four (4) pages of this factual proffer in case 07-110 (RJL) and have discussed it with my attorney, Michelle Petersen, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 5/11/07

PAULETTA JACKSON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read all four (4) pages of this factual proffer in case 07-110 (RJL), and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 5/10/07

MICHELLE PETERSEN
Attorney for Defendant