IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CR. No.07-110 (RJL) |
| | ) | |
| PAULETTA JACKSON | ) | |
| | ) | |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

Defendant Pauletta Jackson, through undersigned counsel, submits this memorandum to assist the Court in determining the appropriate sentence to impose at her sentencing hearing currently scheduled for July 23, 2007. Ms. Jackson respectfully requests that the Court sentence her to a period of time served (approximately 4 days) with supervised release, to include random drug testing and appropriate mental health treatment.

Ms. Jackson entered a very early guilty plea, even before being indicted, to a one count information charging her with unlawfully obtaining a schedule II controlled substance (Oxycodone). As part of the plea agreement the parties agreed that the adjusted offense level is 6. No adjustment for abuse of trust is appropriate because Ms. Jackson was in no greater position of trust than any other employee. Although she was a supervising nurse, she held no greater role with respect to the delivery of medication than any other employee. Therefore, her guideline level, at worst, is 1 to 7 months in Zone B. As noted below, Ms. Jackson acknowledges that she has committed similar acts in the past, but that fact has already been taken into consideration by increasing her criminal history category.

The charge stems from an incident which occurred while she was a nursing supervisor at

the Washington Home and Hospice Healthcare nursing home. She signed for and acknowledged receipt of 60 oxycodone pills which she then took out of the facility. Ms. Jackson acknowledges that this was not the first time she has engaged in this behavior. But, she has resolved that it will be the last time. She recognizes that she can not work in the nursing field – a field that she has worked in nearly all her adult life. She has a long-term drug addiction that she has been through treatment for and has been able to control most of the time. However, when she works as a nurse and has access to medication, the temptation is too great for her. She has a history of mental illness, including serious depressive periods marked by repeated suicide attempts, as well as recurring medical problems that cause her a great deal of physical pain. She has gone through inpatient treatment and continues in outpatient treatment as well as mental health counseling.

Ms. Jackson does not dispute the seriousness of the offense. She recognizes her wrongdoing and accepts full responsibility for her actions. To that end, she immediately agreed to plead guilty – even before being indicted. She has suffered the collateral consequences of loosing her job, and indeed her profession, as she recognizes that she can not work as a nurse. She will continue to struggle with her mental illness and drug addiction, but appears to be on the right track. Her criminal behavior stemmed directly from her addiction. She did what she did not out of greed but out of a long-term addiction. It does not lessen what she did, but it does place it in the appropriate context for consideration under the statutory sentencing factors.

The recommended sentence of time-served and a period of supervised release is "sufficient but not greater than necessary" to comply with § 3553(a)'s sentencing purposes. Whatever sentence the Court imposes, Ms. Jackson already has been punished – she has lost her job and her ability to work in her chosen profession. Placing her on supervised release will allow the Court to

determine whether she is serious about remaining drug free and compliant with her mental health treatment, without being overly punitive.

                                      Respectfully Submitted,
                                      A.J. KRAMER
                                      FEDERAL PUBLIC DEFENDER

                                                /s/
                                      _____
                                      Michelle Peterson
                                      Assistant Federal Public
                                      Defenders 625 Indiana Avenue,
                                      N.W. Suite 550 Washington, D.C.
                                      20004 (202) 208-7500, ext. 125