UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

        vs.                                            :   Criminal No. 07-0110 (RJL)

PAULETTA A. JACKSON,              :

## NOTICE OF APPEAL

**FILED**

**AUG - 1 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:   Pauletta A. Jackson
5435 C Street, SE
Apt. 34
Washington, DC 20019

Name and address of appellant's attorney: Michelle Peterson
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

Offense: 21:843(a)(3); Obtaining Controlled Substance by Fraud

Concise statement of judgment or order, giving date, and any sentence: July 23, 2007 - Sentenced to six months incarceration on Count One, followed by 3 years supervised release

Name of institution where now confined, if not on bail: On bail pending designation.

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

_____08/01/07_____           _____Pauletta A. Jackson_____
DATE                                                   APPELLANT
FPD
~~CJA~~, NO FEE  ✓                  _____
PAID USDC FEE _____           ATTORNEY FOR APPELLANT
PAID USCA FEE _____
Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

*Docketing Statement submitted.*

1