HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

AUG 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Pauletta Jackson                                  Docket No.: CR 07-110-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Pauletta Jackson** having been sentenced, on July 23, 2007, in the above case to the custody of the Bureau of Prisons, surrender herself to the Bureau of Prisons by reporting to ___FMC Carswell___, in ___Fort Worth, TX___ by 2 p.m., on ___September 13, 2007___.

_8/5/07_
Date

_[signature]_
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_[signature] USPO_
**ATTORNEY/U.S. PROBATION OFFICER**

_[signature]_
**DEFENDANT**

Revised 6-2004